IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAKEEMA WILLIAMS, | : | |
| Plaintiff, | : | Civil Action No.: 11-cv-02403 |
| v. | : | |
| CARS & SUV OUTLET 2,<br>ROBERTO CARLOS MARTINIERE,<br>CREDIT ACCEPTANCE CORPORATION, | : | |
| Defendants. | : | |

## JOINT STATUS REPORT

Pursuant to the Court's December 6, 2012 Order, the Parties hereby file a Joint Status Report regarding the above-captioned matter:

1. This matter is scheduled to be arbitrated by and through the American Arbitration Association (AAA).

2. Several preliminary hearings have been held in the Arbitration, which have enabled the parties to refine and dispose of numerous issues.

3. The parties have also prepared and exchanged Pre-Hearing briefs and exhibits.

4. The parties now await the scheduling of an in person arbitration hearing, if necessary.

5. Settlement discussions have advanced significantly and there is reason to be optimistic that this case – and several others currently pending – may be resolved *in toto* in short order.

6. At present, Plaintiff and Credit Acceptance are the only parties that have participated in the arbitration proceedings.

7. The participating parties have not heard anything more from the other parties.

8.	It is hoped and expected that the arbitration will resolve this matter completely.

                Respectfully submitted,

                **BENSLEY LAW OFFICES, LLC**

                <u>/s/William C. Bensley WB 1558</u>
                By:  William C. Bensley, Esquire
                Pa. Id. No. 79953
                1500 Walnut Street, Suite 900
                Philadelphia, PA 19102
                (267) 322-4000
                Attorney for Plaintiff

<u>Certificate of Service</u>

     I, William C. Bensley, counsel for Plaintiff, hereby certify that I filed the foregoing electronically and that all parties have been served via ECF email.

Dated:  1/4/13                 <u>/s/ William C. Bensley</u>